No. 11–10577. INMAN *v.* CLARK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10578. WILSON *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–10579. ASHWORTH *v.* ZIEGLER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–10580. BOONE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–10581. THOMAS *v.* PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10582. BARRIERA-VERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10583. WALKER *v.* KEMNA ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–10584. LEO *v.* GARMIN INTERNATIONAL, INC. C. A. 10th Cir. Certiorari denied.

No. 11–10587. DOMINGUEZ-SIANEZ *v.* UNITED STATES; and
No. 11–10612. BALDOVINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 463 Fed. Appx. 326.

No. 11–10588. SHABAZZ *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–10589. CLARK *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10590. ENGLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10591. KNIGHT *v.* RIOS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10592. MARRIOTT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.